**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 9 2007

GREGORY C. LANGHAM
CLERK

July 19, 2007

Mr. Douglas Burns
Colorado State Penitentiary
#47358
P.O. Box 777
Canon City, CO 81215-0777


        Re:     07-1282, Burns v. Executive Director
                Dist/Ag docket:  07-cv-1010-BNB

Dear Counsel:

        Enclosed is a copy of an order entered today in this case.

        Please contact this office if you have questions.

                                Sincerely,

                                Elisabeth A. Shumaker
                                Clerk, Court of Appeals


                        By:
                                Deputy Clerk

clk:klp

cc:
        Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re:

DOUGLAS BURNS,

        Movant.

No. 07-1282
(D. Ct. No. 07-cv-1010-BNB)

ORDER
Filed July 19, 2007

A true copy

Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit

By

Deputy Clerk

Before **BRISCOE, HARTZ,** and **GORSUCH,** Circuit Judges.

On May 4, 2007, Douglas Burns simultaneously began proceedings in this court in case number 07-1205 and the district court in case number 07-cv-1010 by filing motions for leave to proceed in forma pauperis. After initiating the action in this court, Mr. Burns submitted a motion for approval to file a second 28 U.S.C. § 2254 application. Because the motion was deficient, we sent a letter to Mr. Burns with instructions on how to file a proper motion for leave to file a second or successive § 2254 application. Mr. Burns then filed a proper motion for leave on May 24. We denied his request for authorization to file a second or successive § 2254 application on June 13.

While these proceedings were ongoing in our court, Mr. Burns, on May 15, filed a § 2254 habeas application in the district court. Because Mr. Burns had not

obtained authorization in this court in accordance with 28 U.S.C. § 2244(b)(3)(A)

before filing this second or successive habeas application, the district court

transferred the application to this court on July 9. *See Coleman v. United States*,

106 F.3d 339, 341 (10th Cir. 1997) (per curiam) (directing district courts to

transfer unauthorized second or successive § 2254 habeas applications to this

court in the interest of justice pursuant to 28 U.S.C. § 1631).  We have reviewed

the habeas application transferred from the district court and it is the same

application that was attached to Mr. Burns' motion for authorization filed in this

court on May 24.  Accordingly, we DENY authorization to file this second or

successive § 2254 application and DISMISS this matter for the same reasons

stated in our order of June 13, 2007.  This denial of authorization is not

appealable and may not be the subject of a petition for rehearing or for a writ of

certiorari. *See* 28 U.S.C. § 2244(b)(3)(E).

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> By:
>   Deputy Clerk